Lafayette Parish
Filed Feb 01, 2022 11:59 AM
Simone Vaughan
Deputy Clerk of Court

C-20220501
D

15TH JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFAYETTE

STATE OF LOUISIANA

NO.                                                                                                   DIVISION "____"

**KENNETH CHARLES and SENETRA SENEGAL**

**VERSUS**

**FRANK FROESE, ABC INSURANCE COMPANY,
ESSEN TRANSPORT LTD and MANITOBA PUBLIC INSURANCE**

## PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, KENNETH CHARLES ("Charles") and SENETRA SENEGAL ("Senegal"), both persons of the full age of majority, and current residents and domiciliaries of Parish of Lafayette, State of Louisiana, who respectfully represent the following:

1.

Made defendants herein are:

A. FRANK FROESE ("Froese"), a person of the full age of majority and domicillary at 450 Southview Drive, Winkler, Manitoba Canada R6W2Y, who may be served pursuant to the Hague Convention at that address and through the Louisiana Long Arm Statute;

B. ABC INSURANCE COMPANY ("ABC Insurance"), as the unknown liability insurer of Frank Froese;

C. ESSEN TRANSPORT LTD ("Essen Transport"), a foreign limited liability company domiciled at 300 Airport Drive, Winkler, Manitoba Canada R6W 0J9, which may be served pursuant to the Hague Convention at that address and through the Louisiana Long Arm Statute; and

D. MANITOBA PUBLIC INSURANCE ("Manitoba"), is a foreign insurance company domiciled at Room B100, 234 Donald Street, Winnepeg, Manitoba Canada R3C 4A4, which may be served pursuant to the Hague Convention at that address and through the Louisiana Long Arm Statute;

2.

Defendants, FROESE, ABC INSURANCE, ESSEN TRANSPORT and MANITOBA, are liable unto plaintiffs *in solido* for the full sum of the amount of damages reasonable in the premises to be proven at the trial on the merits, plus interest from the date of judicial demand until paid, and for all costs of these proceedings and for all general and equitable relief that plaintiffs are entitled to for the following to-wit:

**EXHIBIT A**

3.

On or about February 9, 2021, plaintiff, CHARLES, was the owner and operator of a 2017 Ford F-150, and was traveling north in the middle lane on Southeast Evangeline Thruway near its intersection with N. Tenth Street in Lafayette Parish, Louisiana.

4.

At or about that same time, defendant, FROESE, was the permitted operator of a 2016 Volvo VNL64T owned by ESSEN TRANSPORT, traveling north in the right hand lane on Southeast Evangeline Thruway near its intersection with N. Tenth Street in Lafayette Parish, Louisiana when defendant, FROESE suddenly, violently, and without warning switched from the right hand lane into the middle lane, striking plaintiffs' vehicle, thus causing this collision, which is the subject of this litigation.

5.

A legal cause of the collision sued on herein was the negligence of defendant, FROESE, which negligence consisted more particularly of the following:

a. Improper lane change;

b. Failing to be attentive and/or observe surrounding traffic;

c. Driving a vehicle in an unsafe, reckless and dangerous manner;

d. Operating the vehicle under his control in a careless manner, in violation of La. R.S. 32:56;

e. Failing to see what should have been seen;

f. Failing to control his vehicle;

g. Failing to obey traffic ordinances of the State of Louisiana;

h. Failing to stop; and

i. Failure to keep vehicle under proper control.

6.

Upon information and belief, it is alleged that at the time of the accident, FROESE was acting in the course and scope of his employment with his employer, ESSEN TRANSPORT. Accordingly, under the doctrine of *respondeat superior*, FROESE' employer, ESSEN TRANSPORT, is vicariously liable for the negligent acts of FROESE. Said doctrine is specifically invoked by plaintiffs herein.

7.

On or about February 9, 2021, at the time of the accident sued upon herein, plaintiffs allege upon information and belief that there was in full force and effect, one or more policies of public motor vehicle liability insurance issued by ABC INSURANCE, to and/or in favor of FROESE which policy(s) afford(s) coverage for the liability of the nature asserted herein, and which insurance inures to the benefit of plaintiffs under the provisions of the Louisiana Direct Action Statute, La. R.S. 22:1269, thereby entitling plaintiffs to maintain this direct action against said defendant insurer and thereby rendering said defendant insurer liable *in solido*, with defendant, FROESE, for damages as sued for herein.

8.

On or about February 9, 2021, at the time of the accident sued upon herein, plaintiffs allege upon information and belief that there was in full force and effect, one or more policies of public motor vehicle liability insurance issued by MANITOBA, to and/or in favor of ESSEN TRANSPORT which policy(s) afford(s) coverage for the liability of the nature asserted herein, and which insurance inures to the benefit of plaintiffs under the provisions of the Louisiana Direct Action Statute, La. R.S. 22:1269, thereby entitling plaintiffs to maintain this direct action against said defendant insurer and thereby rendering said defendant insurer liable *in solido*, with defendant, ESSEN TRANSPORT, for damages as sued for herein.

9.

As a result of the collision on February 9, 2021 sued on herein, plaintiff, CHARLES, suffered personal injuries and damages which include the following known at this time:

a. Injuries to the neck and shoulders;

b. Injuries to the back;

c. Injuries to the chest;

d. Injuries to the hands, arms, leg(s) and extremities;

e. Sprained and strained muscles, tendons and ligaments of the body and/or other injuries to be determined; and

f. Mental anguish and emotional distress.

10.

Accordingly, plaintiff, CHARLES, itemizes his recoverable damages as follows:

a. Physical pain and suffering past, present and future;

b. Mental pain, anguish and distress past, present and future;

c. Loss of enjoyment of life past, present and future;

d. Disability and impairment;

e. Loss of income past, present and future;

f. Loss of earnings/earning capacity, past, present and future;

g. Medical expenses past, present and future; and

h. Other damages to be presented at trial.

11.

As a result of the collision on February 9, 2021 sued on herein, plaintiff, SENEGAL, suffered personal injuries and damages which include the following known at this time:

a. Injuries to the neck;

b. Injuries to the right shoulder;

c. Injuries to the back;

d. Injuries to the upper torso;

e. Injuries to the chest;

f. Injuries to the arms, leg(s) and extremities;

g. Sprained and strained muscles, tendons and ligaments of the body and/or other injuries to be determined; and

h. Mental anguish and emotional distress.

12.

Accordingly, plaintiff, SENEGAL, itemizes her recoverable damages as follows:

a. Physical pain and suffering past, present and future;

b. Mental pain, anguish and distress past, present and future;

c. Loss of enjoyment of life past, present and future;

d. Disability and impairment;

e. Medical expenses past, present and future; and

f. Other damages to be presented at trial.

13.

Plaintiffs' cause of action exceed the jury threshold of $10,000.00, exclusive of interest and cost.

**WHEREFORE**, plaintiffs pray that defendants be duly served with a copy of the Petition for Damages, and after all legal delays and due proceedings had, there be judgment in favor of plaintiffs, KENNETH CHARLES and SENETRA SENEGA, and against defendants, FRANK FROESE, ABC INSURANE COMPANY, ESSEN TRANSPORT LTD and MANITOBA PUBLIC INSURANCE, jointly, severally, and *in solido*, for compensatory damages and special damages in an amount that will adequately satisfy the demands of justice, together with legal interest thereon from the date of judicial demand until paid.

Plaintiffs further pray for all costs of these proceedings and for any other relief to which plaintiffs are entitled under law and evidence.

Respectfully submitted,

**LABORDE EARLES LAW FIRM, LLC**

*(signature)*

**WILL MONTZ (Bar# 29355)**
Email: service@onmyside.com
1901 Kaliste Saloom Rd. (70508)
P.O. Box 80098
Lafayette, Louisiana 70598-0098
Phone (337) 261-2617
Fax (337) 261-1934
**Attorney for plaintiffs, Kenneth Charles and Senetra Senegal**

**Disclaimer:** For all non-service-related emails/correspondence please use the following e-mail address: Will Montz - wmontz@onmyside.com

**PLEASE SERVE:**

**FRANK FROESE**
**through the Hague Convention and Louisiana Long Arm Statute**
**450 Southview Drive**
**Winkler, Manitoba Canada R6W2Y**

**ESSEN TRANSPORT LTD**
**through the Hague Convention and Louisiana Long Arm Statute**
**300 Airport Drive**
**Winkler, Manitoba Canada R6W 0J9**

**MANITOBA PUBLIC INSURANCE**
**through the Hague Convention and Louisiana Long Arm Statute**
**Room B100, 234 Donald Street**
**Winnepeg, Manitoba Canada R3C 4A4**

**PLEASE WITHHOLD SERVICE:**

**ABC INSURANCE COMPANY**

Lafayette Parish
Filed Feb 01, 2022 11:59 AM
Simone Vaughan
Deputy Clerk of Court

C-20220501
D

## 15TH JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFAYETTE

### STATE OF LOUISIANA

NO.                                                                                 DIVISION "____"

### KENNETH CHARLES and SENETRA SENEGAL

### VERSUS

### FRANK FROESE, ABC INSURANCE COMPANY, ESSEN TRANSPORT LTD and MANITOBA PUBLIC INSURANCE

### REQUEST FOR NOTICE OF TRIAL, HEARINGS & ORDERS

In accordance with the provisions of Louisiana Code of Civil Procedure Annotated art 1572, plaintiff request you to send to KENNETH CHARLES and SENETRA SENEGAL, through the undersigned counsel, written notice of the date assigned by the court for trial on the merits as well as the date set for the hearing and/or trial of any and all motions, pleadings and other matters, at least 10 days in advance of the same, and written notice of the signing of any final judgment and/or the rendition of any interlocutory order or judgment, as provided for in Louisiana Code of Civil Procedure Annotated Articles 1913 to 1914 for the above numbered cause.

Respectfully submitted,

**LABORDE EARLES LAW FIRM, LLC**

**WILL MONTZ (Bar# 29355)**
Email: service@onmyside.com
1901 Kaliste Saloom Rd. (70508)
P.O. Box 80098
Lafayette, Louisiana 70598-0098
Phone (337) 261-2617
Fax (337) 261-1934
**Attorney for plaintiffs, Kenneth Charles and Senetra Senegal**

**Disclaimer:** For all non-service-related emails/correspondence please use the following e-mail address: Will Montz - wmontz@onmyside.com